IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES MACK, Individually, and as Surviving Parent and Personal Representative of the Estate of Crystal Mack | : : : | |
| SYLVIA MACK | : : | |
| v. | : : | CIVIL NOS. RDB 08-688 AND   RDB 08-689 |
| AMERISOURCEBERGEN DRUG CORPORATION, et al. | : | |

O R D E R

The Plaintiffs have filed motions in both cases (Paper #12 in 08-688 and Paper #9 in 08-689) seeking to have this Court order that the Request for Admissions be deemed admitted.  Said motions are DENIED.

After all Defendants have been served and filed appropriate responses, the Court will issue a Scheduling Order.  Any discovery requests may then be resubmitted in compliance with the Local Rules of this Court.

SO ORDERED, this 15th day of May, 2008.

/s/
Richard D. Bennett
United States District Judge