**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **Chambers of** | U.S.Courthouse - Chambers 5D |
| **Richard D. Bennett** | 101 W. Lombard Street |
| **United States District Judge** | Baltimore, MD 21201 |
| **Northern Division** | Tel:  410-962-3190 |
| | Fax: 410-962-3177 |

August 25, 2009

**LETTER ORDER**

COUNSEL OF RECORD

    Re:    Mack v. AmerisourceBergen, et al.
            Civil No. RDB 08-688

Dear Counsel:

      This letter confirms the results of the hearing that was held in this Court on Thursday, August 20, 2009.

- As stated during the hearing, and by Memorandum Order of August 25, 2009, Plaintiffs' Motion for Remand to the Circuit Court for Baltimore City (Paper No. 49) has been DENIED;

- Defendants' Motion in Limine to Exclude the Testimony of James T. O'Donnell, Dr. Donald H. Marks, and Dr. William L. Manion (Paper No. 51) was GRANTED IN PART, such that the testimony of Plaintiffs' proposed expert witness, James T. O'Donnell, has been excluded;

- A *Daubert* hearing has been scheduled for September 15, 2009, at 10:00 a.m. to resolve Defendants' challenge to the admissibility of the testimony of Plaintiffs' remaining expert witnesses, Dr. Donald H. Marks and Dr. William L. Manion;

- This Court will issue, at a subsequent date, a memorandum opinion ruling on Plaintiffs' Motion in Limine to Exclude the Testimony of David Sachar, M.D., Raymond M. Cross, M.D., and Barbara Matthews, M.D., M.P.H. (Paper No. 53);

- The dates for the pretrial conference and the first day of trial have been rescheduled for October 19, 2009, and November 2, 2009, respectively.

      Although informal in format, this letter nonetheless constitutes an order of court and the Clerk is directed to docket it as such.

                                          Sincerely,

                                          /s/
                                          Richard D. Bennett
                                          United States District Judge

RDB/jsl