THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAMES MACK, et al., | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No.: RDB-08-688 |
| AMERISOURCEBERGEN DRUG CORPORATION, et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER AND JUDGMENT

For the reasons stated in the foregoing Memorandum Opinion, it is this 24th day of November, 2009, ORDERED and ADJUDGED, that:

1. The Motion for Summary Judgment (Paper No. 50) filed by Defendants AmerisourceBergen Drug Corporation, Centocor, Inc., and Johnson & Johnson, Inc. is GRANTED;

2. That judgment BE, and hereby IS, entered in favor of the Defendants and against the Plaintiffs;

3. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to the parties; and

4. The Clerk of Court CLOSE this case.

/s/_____
Richard D. Bennett
United States District Judge