**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **Chambers of** | **U.S. Courthouse - Chambers 5D** |
| **Richard D. Bennett** | **101 W. Lombard Street** |
| **United States District Judge** | **Baltimore, MD 21201** |
| **Northern Division** | **Tel: 410-962-3190** |
| | **Fax: 410-962-3177** |

November 24, 2009

**LETTER ORDER**

TO COUNSEL OF RECORD

    Re:    *Mack v. AmerisourceBergen Drug Corporation, et al.,*
              Civil No. RDB 08-688

Dear Counsel:

      On November 24, 2009, this Court issued its Memorandum Opinion and Order GRANTING Defendants' Motion for Summary Judgment (Paper No. 50) and closing this case. Accordingly, it is this 24th day of November, 2009, further ORDERED that the following motions are hereby DENIED as MOOT:

- Defendants Motion in Limine to Exclude the Testimony of James T. O'Donnell, Dr. Donald H. Marks and Dr. William L. Manion (Paper No. 51), with respect to the testimony of Dr. William L. Manion;
- Plaintiffs' Motion in Limine to Exclude the Testimony of David Sachar, M.D., Raymond M. Cross, M.D., and Barbara Matthews, M.D., M.P.H (Paper No. 53).

      Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

                                      Sincerely,

                                      /s/_____
                                      Richard D. Bennett
                                      United States District Judge