## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2009 DEC 23 P 1: 54

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

James Mack, Individually, and as                           *
Surviving Parent and Personal Representative
of the Estate of Crystal Ann Mack                          Case No.:1:08-cv-00688-RDB
4 Bridgeton Court
Owings Mills, Maryland 21117

and

Sylvia Mack
Surviving Parent of Crystal Ann Mack
 4 Bridgeton Court
Owings Mills, Maryland 21117

     *Plaintiffs*,                                     *

v.

Amerisourcebergen Drug Corporation, et al.
P.O. Box 959
Valley Forge, PA 19482

*dba*/Amerisource Bergen
401 E. Pratt Street
Baltimore, Maryland 21202

     *Defendants*

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs James Mack, Individually, and as Surviving

Parent and Personal Representative of the Estate of Crystal Ann Mack and Sylvia Mack,

Surviving Parent of Crystal Ann Mack in the above-captioned case, hereby appeal to the

Unites States Court of Appeals for the Fourth Circuit from 1) Order and Judgment dated

November 24, 2009 granting the Motion for Summary Judgment filed by Defendants

Amerisourcebergen Drug Corporation, Centocor Inc., and Johnson & Johnson, Inc., 2)

Letter Order dated November 24, 2009 ordering that the following motions are moot:

*Defendants Motion In Limine to Exclude the Testimony of James T. O'Donnell, Dr.*

*Donald H. Marks and Dr. William L. Manion (Paper No. 51), with respect to the*

*testimony of Dr. William L. Manion, Plaintiffs' Motion in Limine to Exclude the*

*Testimony of David Sachar, M.D., Raymond M. Cross, M.D., and Barbara Matthews,*

*M.D., M.P.H. (Paper No. 53)*, and 3) Memorandum Order dated August 25 2009 denying

Plaintiffs' Motion for Remand to the Circuit Court for Baltimore City (Paper No. 49) all

of which were entered in this action on this 23rd day of December, 2009.

_____

Donald R. Huskey (Bar No. 22981)
Law Offices of Donald R. Huskey LLC
1023 North Calvert Street 3rd Floor
Baltimore, Maryland 21202
(410) 347-7979

_____

Governor E. Jackson, III (Bar No. 27673)
Law Offices of Governor E. Jackson, III, LLC
1023 North Calvert Street, 4th Floor
Baltimore, Maryland 21202
(410) 528-5150

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___23rd___ day of December 2009, a copy of the foregoing Notice of Appeal was hand delivered to: Clerk, United States District Court for the District of Maryland, Baltimore Division, 101 W. Lombard Street, Baltimore, Maryland 21201.

_____
Governor E. Jackson, III